# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

LADAWN DOUGLAS,

    Plaintiff,

v.                          Case No. 17-11814

OCWEN LOAN SERVICING, LLC and
KONDAUR CAPITAL CORPORATION,

    Defendants.
_____/

## ORDER DENYING DEFENDANT KONDAUR CAPITAL'S MOTION FOR SUMMARY JUDGMENT AND GRANTING JUDGMENT TO PLAINTIFF

For the reasons stated on the record at the court's December 6, 2017 hearing, the court will deny Defendant Kondaur Capital's motion for summary judgment (Dkt. #13.) Pursuant to Federal Rule of Civil Procedure 56(f)(1), the court will grant judgment to Plaintiff in the amount of $134.00. Accordingly,

IT IS ORDERED that Defendant Kondaur Capital's motion for summary judgment (Dkt. #13) is DENIED.

IT IS FURTHER ORDERED that judgment will be granted to Plaintiff in the amount of $134.00. A separate judgment will issue.

                                      s/Robert H. Cleland                     /
                                      ROBERT H. CLELAND
                                      UNITED STATES DISTRICT JUDGE

Dated: December 7, 2017

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, December 7, 2017, by electronic and/or ordinary mail.

                                      s/Lisa Wagner                          /
                                      Case Manager and Deputy Clerk
                                      (810) 292-6522